IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JARON BRIGNAC,

    Plaintiff,                      No. CIV S-04-1690 DFL KJM P

    vs.

T. SANCHEZ,

    Defendant .                   <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Defendant shall notify this court, within ten days, whether he has any objection to the dismissal of this action. Should defendant fail to respond, plaintiff's May 20, 2005 request will be granted under Fed. R. Civ. P. 41(a)(2).

        2. The Clerk of Court is directed to send a copy of this order to plaintiff at the address shown on his filing of May 12, 2005.

DATED: May 25, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

2 brig1690.59a