IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JARON BRIGNAC,

     Plaintiff,           No. CIV S-04-1690 DFL KJM P

  vs.

T. SANCHEZ,

     Defendant.        <u>ORDER</u>

_____/

     Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed. On May 27, 2005, defendant filed a statement of non-opposition to plaintiff's request. As provided by Fed. R. Civ. P. 41(a), plaintiff's request shall be honored.

     Accordingly, IT IS HEREBY ORDERED that this action is dismissed.

DATED: June 17, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

brig1690.59